**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6447**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONNELL SALETHIAN WOODARD, a/k/a Tank,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:18-cr-00308-CMC-2)

---

Submitted:  September 18, 2025                    Decided:  September 23, 2025

---

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donnell Salethian Woodard, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Salethian Woodard appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that Woodard failed to establish an extraordinary and compelling basis for relief. *See United States v. Moody*, 115 F.4th 304, 310 (4th Cir. 2024) (providing standard of review and outlining steps for evaluating compassionate release motions).[*] Accordingly, we affirm the district court's order. *United States v. Woodard*, No. 3:18-cr-00308-CMC-2 (D.S.C. Apr. 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent that Woodard sought to challenge the validity of his conviction for conspiracy to commit sex trafficking, we note that a defendant cannot use a compassionate release motion to attack a criminal judgment. *United States v. Ferguson*, 55 F.4th 262, 270 (4th Cir. 2022).